

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2018

No. 04-17-00334-CV

Louis **DORFMAN,** K.I. Holdings, Ltd., Sam Myers, JMD Resources, Inc., Billy Cogdell
Bowden, Barbara Stanfield, Stacey Dorman Kivowitz, Julia Dorfman, Mark Dorfman, Samuel
Grant Dorfman, Individually and as Independent Executor of the Estate of Sam Y. Dorfma,
Appellants (Cross-Appellees),

v.

**VICEROY PETROLEUM, LP**, 1776 Energy Partners, LLC and Shirley Wiatrek
Appellees (Cross-Appellants),

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-08-00185-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellee and Cross-Appellant's Motion for Leave to Withdraw is GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 26th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court